AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER SIEGERT,<br>a/k/a "R/T"<br><br>*Defendant(s)* | )<br>)<br>) Case No. 12-8489-JMH<br>)<br>)<br>) |

FILED by _____ D.C.

DEC 21 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 12, 2012 – December 20, 2012 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 USC Section 2422(b) | Enticement - using a means of interstate commerce (the Internet) to knowingly persuade, induce, entice, or coerce a minor to engage in illegal sexual activity. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*I find probable cause JMH*

Sworn to before me and signed in my presence.

Date: 12-21-12

City and state: West Palm Beach, FL

_____
*Complainant's signature*

David R. Malone, Special Agent, HSI, ICE
*Printed name and title*

_____
*Judge's signature*

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## APPLICATION IN SUPPORT OF CRIMINAL COMPLAINT

I, David R. Malone (the "Affiant"), being duly sworn, depose and state:

1. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed for the past eight and one half years. Prior to federal employment, I worked for the Town of Jupiter (Florida) Police Department for a period of eight and one half years, serving in the capacity of a police officer, traffic homicide investigator and police Sergeant. Among my responsibilities as a Special Agent are investigating crimes against children, particularly offenses involving child pornography and the exploitation of children.

2. The facts set forth in this affidavit are based on my personal knowledge, information obtained in this investigation from others, including other law enforcement officers, my review of documents and computer records related to this investigation, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation, but have set forth only those facts necessary to establish probable cause to believe that Christopher M. SIEGERT, a/k/a "R/T" (YOB: 1983) has committed a violation of Title 18, United States Code, Section 2422(b).

## FACTUAL BACKGROUND

3. On November 12, 2012, at approximately 11:37 AM, a Detective (UCA) of the Boynton Beach (FL) Police Department, Palm Beach County, Florida, acting in an undercover capacity on "Grindr," a web-based social networking application that can be installed on an iPhone or similar device, received an instant message from an unknown

person utilizing the account name of "R/T." "R/T" initiated the conversation by asking, "Hi... How are you?" On this same date, at approximately 12:29 PM, the UCA replied, "Good." A conversation ensued between "R/T" and the UCA. At approximately 10:19 PM, "R/T" asked the UCA, "How old are you?" The UCA replied, "Younger then u."

4. On November 12, 2012, at approximately 10:43 PM, "R/T" again asked the UCA, "How old are you...?" and "I'll share a pay site login with you if you're old enough." The UCA replied, "if u want." "R/T" responded with, "Well I can get in trouble if you're under 18." The UCA replied, "I won't tell.. hehe." "R/T" then provided the UCA with the website address www.corbinfisher.com, along with a screen name and password to access the site.

5. Law enforcement viewed the Grindr profile page for "R/T" and observed a photo of a white male, wearing sunglasses and ball cap, with facial hair. The profile page documents "R/T" as being 29 years old, 6'2", single, looking for chats, dates, friends, networking, and relationships.

6. On November 13, 2012, "R/T" and the UCA engaged in another conversation on Grindr. At approximately 9:25 AM, the UCA advised "R/T" that he was in class. At approximately 9:26 AM, "R/T" asked the UCA, "What grade you in?" When the UCA replied, "10th," "R/T" responded "Ooh.. You're young.. 15-16." The UCA replied, "15 will be 16 in January." A short while later in the conversation, at approximately 9:44 AM, "R/T" sent the UCA a message, "It's a shame your [sic] too young."

7. On November 15, 2012, at approximately 7:00 AM, after "R/T" and the UCA exchanged a series of additional messages, the UCA sent a message to "R/T"

providing a telephone number "R/T" could use communicate via text message because the "Grindr" app was not working properly.

8. On November 15, 2012, at approximately 10:38 AM, the UCA received a text message from the telephone number (561) 379-9010. The message was, "Hey what's up..." The UCA responded, "Not muc who is this," and received a reply message which read, "Chris from Grindr."

9. On November 17, 2012, at approximately 11:54 AM, the UCA received a message from Chris asking where he (UCA) lives. After being informed of the general location, Chris sent the message, "Ok... I wanna meet you sometime and hang out... If you don't find that creepy." The UCA replied, "I'm cool with it." Chris then asked, "You're not gonna turn the cops on me." The UCA responded, "F@$( the cops... No." Chris responded, "Haha."

10. After November 17, 2012, Chris and the UCA continued to chat periodically via text messages or through the Grindr app. During a conversation via Grindr, "R/T" asked if the UCA had ever received oral sex and then wrote, "That's what I'm looking to do. Find a guy and give him one. . . . You want one?"

11. On or about December 12, 2012, law enforcement received subscriber information from AT&T Wireless for the cellular telephone number (561) 379-9010, which Chris had been using to communicate with the UCA. The subscriber's name on the account was listed as Christopher Siegert, with an address located in Jupiter, Florida.

12. On December 14, 2012, the UCA and Chris exchanged additional messages. Chris asked the UCA what crazy, wild, naughty things he would like to do.

> UCA: "Haven't done anything really too naughty so I guess make a video"
> Chris: "Of?"
> UCA: "Like corbinfisher" (referencing the homosexual pornography website Chris had shared with the UCA during their first chat)
> Chris: "Solo"
> UCA: "With who ever wanted to be in it with me"
> Chris: "You find someone and ill help you make it"
> UCA: "I don't know anybody that would do it"
> UCA: "What do u want?"
> Chris: "Nobody around your age"
> Chris: "Not on tape"
> UCA: "???"
> Chris: "I'd play with you... Not on tape"
> UCA: "Ok that would be fun"
> Chris: "Yea"
> UCA: "I would"
> Chris: "What would you wanna do"
> UCA: "Never done from behind"
> UCA: "What r u good at"
> Chris: "You've bottomed?"
> UCA: "Not really"
> Chris: "We could get some toys to play with..."
> UCA: "Fun what do you have"
> Chris: "Just a big dildo... But we can get plugs and smaller toys... Ill be gentle with you"
> UCA: "U have to be gentle.. please"
> Chris: "I will"
> UCA: "So when we gonna play"
> Chris: "When you free"

12. On December 20, 2012, at approximately 12:25 PM, Chris sent a text message to the UCA asking again, "How old are you?" The UCA replied, "15." The UCA asked, "Is this Chris?" Chris responded, "Yea."

13. On December 20, 2012, at approximately 12:28 PM, Chris transmitted the text, "I wanna take you to a porn store and buy you some toys and show you how to use them / use them on you... Play around a little." Chris told the UCA, via text messages, that he would rather drive to meet the UCA rather than bring the UCA up to where he resides in Jupiter, Florida.

14. On December 20, 2012, at approximately 12:58 PM, Chris texted the UCA, "I'm just nervous...," "I'm affraid you're a cop." The meeting location was set for the 7-11 convenience store located at the corner of Woolbright Road and Seacrest Avenue, in Boynton Beach, Palm Beach County, Florida.

15. On December 20, 2012, at approximately 1:34 PM, law enforcement observed Christopher Siegert enter a purple Dodge vehicle in the parking lot of the 7-11 where the meet was to take place. As the UCA continued to exchange messages with Chris, Siegert drove around the area until he was stopped at the intersection of 13th Avenue and Seacrest Avenue by a marked Boynton Beach Police vehicle.

16. Christopher Siegert was placed under arrest and transported to the Homeland Security Investigations office located in West Palm Beach, Florida; read his *Miranda* Warnings from a pre-printed form; and stated he understood.

17. In a post-*Miranda* statement, Christopher Siegert admitted to knowing the UCA, whom he referred to as "Ricky" (UCA account name on Grindr), was 15 years old and in 10th grade. He confirmed he used the app "Grindr," as well as his cellular telephone, number (561) 379-9010, to communicate with "Ricky." Siegert stated that he was trying to find someone with like interests. Siegert believed that "Ricky" (UCA) was having the same troubles dealing with his sexuality as he did, and wanted to befriend him and help him. Siegert stated that the sex toys were going to be used to assist "Ricky" in the personal experience of self-pleasure. Siegert told Law Enforcement that the age of adulthood is 18 years old.

18. On the way to the Palm Beach County Jail, Siegert told your Affiant that this was the first time he had ever traveled to meet someone and was very nervous. Siegert stated he knew what he did was wrong.

19. Based upon the foregoing, your Affiant submits that there is probable cause to believe that on or about December 20, 2012, Christopher M. SIEGERT, a/k/a "R/T," did knowingly and intentionally violate Title 18 U.S.C. § 2422(b), that is, using a facility and means of interstate or foreign commerce, that is, the Internet and cellular telephone service, to knowingly attempt to persuade, induce, entice and coerce an individual under the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense.

Respectfully submitted,

_____
DAVID R. MALONE, Special Agent
Department of Homeland Security
Homeland Security Investigations


Subscribed and sworn to before me
on December 21, 2012:

_____
UNITED STATES MAGISTRATE JUDGE
JAMES M. HOPKINS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>**CHRISTOPHER SIEGERT, a/k/a "R/T"**</u>

**Case No:** _____

Count #: 1

<u>Enticement</u>

<u>Title 18 U.S.C. § 2422(b)</u>

**\* Max.Penalty**: 10 Years' Mandatory Minimum to Life Imprisonment;
5 Years' to Life Supervised Release; $250,000 Fine

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8489-JMH

## BOND RECOMMENDATION

DEFENDANT: CHRISTOPHER SIEGERT, a/k/a "R/T"

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Brandy Brentari Galler

Last Known Address: _____

What Facility: _____

Agent(s):   S/A David R. Malone
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE) (**OTHER**)
HSI - ICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **12-8489-JMH**

UNITED STATES OF AMERICA

vs.

**CHRISTOPHER SIEGERT,**
a/k/a "R/T",

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        BRANDY BRENTARI GALLER
        ASSISTANT UNITED STATES ATTORNEY
        Brandy.Galler@usdoj.gov
        Admin. No. A5501296
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777